# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| EILEEN MARQUEZ,<br><br>    Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security Administration,<br><br>    Defendant | Case No.: 2:16-cv-03383 VEB<br><br>**ORDER AWARDING EQUAL ACCESS TO JUSTICE ACT ATTORNEY FEES PURSUANT TO 28 U.S.C. § 2412(d)** |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, Costs, and Expenses:

IT IS ORDERED that the Commissioner shall pay the amount of $7,000.00 for fees, as authorized by 28 U.S.C. § 2412(d), subject to the terms of the Stipulation.

Dated: March 2, 2018    /s/Victor E. Bianchini
                                    Honorable Victor E. Bianchini
                                    United States Magistrate Judge